People of the State of Illinois, Plaintiff-Appellee, v. Russell Smith, Defendant-Appellant.

Gen. No. 53,614. (Abstract of Decision.)

First District, Second Division.

December 16, 1969.

Ger-ald W. Getty, Public Defender of Cook County, of Chicago (Herbert Becker, Norman W. Fishman, and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane, Assistant State's Attorney, and Kenneth L. Gillis, Special Assistant State's Attorney, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.